

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Louis B. Edleson, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br>V.<br><br>Travel Insured International, Inc.; United States Fire Insurance Company<br><br>Defendant. | Civil Action No.  21-cv-323-WQH-SBC<br><br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

IT IS HEREBY ORDERED that the Motion for Summary Judgment (ECF No. 90) is granted as follows. Defendants' Motion for Summary Judgment is granted as to all remaining claims in the FAC. Judgment in favor of Defendants. The case is hereby closed.

| | |
|---|---|
| Date:        8/14/24 | CLERK OF COURT<br>JOHN MORRILL, Clerk of Court<br>By:  s/ A. Sudan<br>                                          A. Sudan, Deputy |